UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
DARNELL MILLIN,  individually and on behalf of  :
all others similarly situated,
                                                                  :
                                                                            **19-CV-03346 (RER)**
                        Plaintiff,                    :
                                                                  :
            -against-                                :          **STIPULATION TO
                                                                  :          DISCONTINUE
BROOKLYN BORN CHOCOLATE, LLC,            :          WITH PREJUDICE**
THEOBROMA CHOCOLATES, LLC, MICHAEL   :
ALTMAN individually, and JEAN-FRANCOIS   :
BONNET individually,                              X

                        Defendants.
-------------------------------------------------------------------

**WHEREAS,** Plaintiff, Darnell Millin filed a Complaint, which asserted claims of, *inter*

*alia*, claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New

York Labor Law ("NYLL")

**WHEREAS,** the Parties reached a settlement of this action and Plaintiff's and the opt-in

plaintiffs claims through arm's-length negotiations and have entered into a Settlement Agreement

(the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference,

have been reviewed and scrutinized by the Court and are approved and considered a fair and

reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the Fair

Labor Standards Act and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with

prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: March _____, 2021

_____
GORDON REES SCULLY
MANSUKHANI LLP
BY: Francis J. Giambalvo, Esq.
Attorneys for Defendants
One Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500

_____
FITAPELLI & SCHAFFER, LLP
BY:  Frank Mazzaferro, Esq.
Attorneys for Plaintiff and Opt-in Plaintiffs
28 Liberty Street, 30th Floor
New York, NY 10005
(212) 300-0375

SO ORDERED:

\_/s/ RER_____
Hon. Ramon E. Reyes, U.S.M.J.

Dated: _____ August 2, 2021